Clara Drag's expert witnesses, Dr. Barnett and Dr. Newman, both testified that it was their opinion that the spinal injuries to Clara Drag's neck and lower back were caused by the train accident of May 28, 1965. The defendant's expert, Mr. Miller, testified that the train accident, in his opinion, did not cause the injuries to her neck. It is for the jury to determine the credibility of these expert witnesses, and a conflict between their opinions will not render the verdict one which is against the manifest weight of the evidence. (*Sourian v. Jones*, 350 Ill.App. 365, 112 N.E.2d 920; *Behles v. Chicago Transit Authority*, 346 Ill.App. 220, 104 N.E.2d 635.) The evidence concerning Clara Drag's pain and suffering, disability and diminished potential for earning a living arising out of her injuries was sufficient to justify a verdict in the amount of $30,000, whether or not the loss of the delicatessen was taken into account. We are of the opinion that the verdict rendered in favor of Clara Drag for $30,000 was neither excessive nor against the manifest weight of the evidence.

For the foregoing reasons the judgments in favor of the plaintiffs, Eleanor Soberalski and Clara Drag, are affirmed.

Judgments affirmed.

GOLDBERG and EGAN, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ALFRED ARMSTRONG, Petitioner-Appellant.

(No. 59144;

First District (1st Division)—June 16, 1975.

Opinion by Mr. JUSTICE SIMON.

Paul Bradley and Gordon Berry, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Scott W. Petersen, Assistant State's Attorneys, of counsel), for the People.